IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COTTON VILLAGE LTD d/b/a § <br> COTTON VILLAGE APARTMENTS LCD § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> REPUBLIC SERVICES, INC., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 1:24-cv-00739 |

## AMENDED NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant Republic Services, Inc. ("Defendant") files this Notice of Removal and hereby removes the above-entitled civil action from the 21st Judicial District Court in Burleson County, Texas, to this United States District Court for the Western District of Texas Austin Division. 28 U.S.C. §§ 1441(a), 1446.

### I.   NATURE OF REMOVED ACTION

1. Republic Services, Inc., is a Defendant in the civil action styled *Cotton Village Ltd. d/b/a Cotton Village Apartments LCD v. Republic Services, Inc.*, Cause No. 31294, in the 21st Judicial District Court in Burleson County, Texas ("state court action"). Plaintiff Cotton Village Ltd. d/b/a Cotton Village Apartments LCD ("Plaintiff") alleges breach of contract, negligent misrepresentation, and attorney's fees. Pursuant to 28 U.S.C.

§ 1446(a), copies of Plaintiff's Complaint and Summons served upon Defendant is attached as **Exhibit 1**.

## II. Timeliness of Removal

2. Removal of this matter is timely. Defendant first received a copy of Plaintiff's Complaint, the initial pleading setting forth the claim for relief upon which this action or proceeding is based on June 11, 2024. Defendant's Notice of Removal is filed in this Court within 30 days after receipt by the defendant, as required by 28 U.S.C. §§ 1446(b)(1) and 1446(b)(2)(B).

## III. Grounds for Removal: Diversity Jurisdiction

3. Defendant invokes its right to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). Federal district courts have original jurisdiction over civil actions if the parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

4. According to Plaintiff's Complaint, Plaintiff Cotton Village Ltd. d/b/a Cotton Village Apartments LCD is a limited company doing business in Burleson County, Texas. Ex. 1 at ¶ 3.

5. Defendant Republic Services, Inc. is a foreign corporation formed and existing under the laws of Delaware, whose principal place of business is located at 18500 N. Allied Way, Phoenix, AZ 85054.

6. Because Plaintiff is a citizen of the state of Texas and Defendant is a citizen of the state of Arizona, there is complete diversity between Plaintiff and Defendant.

7. Finally, pursuant to 28 U.S.C. § 1446 (c)(2) and although Defendant disputes the merits of Plaintiff's entitlement to any relief, the amount in controversy is in excess of $75,000. *See, e.g.*, Ex. 1 at ¶ 2 (claiming monetary relief over $250,000 in alleged damages). This Notice of Removal and Exhibit 1, incorporated herein by reference, establish by a preponderance of the evidence that the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1446(c)(2).

8. Defendant has complied with all provisions of 28 U.S.C. § 1446 governing the process for removal.

9. Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and the state court action is properly removable.

10. After filing this Notice of Removal, Defendant will promptly provide written notice of the filing to Plaintiff and to the Clerk of the 21st District Court in Burleson County, Texas where the state court action is pending.

## V. NOTICE OF CONSENT

11. There is only one Defendant in the state court action. Thus, the consent of no other Defendant is necessary to remove this action.

## VI. CONCLUSION

12. WHEREFORE, Defendant removes this action now pending in the 21st District Court of Burleson County, Cause No. 31294 and requests that this Honorable Court accept subject matter jurisdiction of this action.

Respectfully submitted this 1st day of July, 2024.

        Respectfully submitted,

        BECK REDDEN LLP

        By:   */s/ Troy Ford*
            Troy Ford
            State Bar No. 24032181
            tford@beckredden.com
            Cassie Maneen
            State Bar No. 24120989
            cmaneen@beckredden.com
        1221 McKinney Street, Suite 4500
        Houston, Texas 77010
        Tel: 713-951-3700
        Fax: 713-951-3720

        **ATTORNEY FOR DEFENDANT REPUBLIC SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, a true copy of the foregoing has been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading via email and electronic service.

        */s/ Troy Ford*
        Troy Ford